IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02612-RM-NRN

DR. ERFAN IBRAHIM,

Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Plaintiff Dr. Erfan Ibrahim and Defendant Alliance for Sustainable Energy, LLC, by and through their respective counsel, hereby give notice of their stipulation to the voluntary dismissal of this action with prejudice. Each party shall be responsible for his or its respective costs and attorney's fees.

Respectfully submitted this 10th day of December 2021,

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| /s/ David J. Meretta | s/ Ashley W. Jordaan |
| David J. Meretta | Christopher L. Ottele |
| Miller & Law, P.C. | Ashley Jordaan |
| 1900 W. Littleton Blvd. | HUSCH BLACKWELL LLP |
| Littleton, CO 80120 | 1801 Wewatta St., Suite 1000 |
| (303) 722-6500 | Denver, CO 80202 |
| (303) 722-9270 fax | Tel: 303-749-7200 |
| djm@millerandlaw.com | Fax: 303-749-7272 |
| | Chris.Ottele@huschblackwell.com |
| | Ashley.Jordaan@huschblackwell.com |

1

## CERTIFICATE OF SERVICE

      A true and accurate copy of the foregoing Stipulation was submitted via CM/ECF on this 10th day of December 2021 upon counsel for the Defendant:

Christopher L. Ottele, Esq.
Ashley Jordaan, Esq.
HUSCH BLACKWELL LLP
1801 Wewatta St., Suite 1000
Denver, CO 80202

                                        **/s/ Shannon B. Durbin**
                                        Shannon B. Durbin, Miller & Law, PC